**Margaret Rita BROOKS, Appellant,**

v.

**Francis E. BROOKS, Appellee.**

No. 3199.

District of Columbia Court of Appeals.

Argued April 8, 1963.

Decided May 28, 1963.

Francis W. Taylor, Washington, D. C., with whom William P. Kilmain, Washington, D. C., was on the brief, for appellant.

---

1. Schibi v. Schibi, 136 Conn. 196, 69 A.2d 831, 14 A.L.R.2d 620.

2. Code 1961, 16–403.

Cary M. Euwer, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This appeal is by a wife from a judgment awarding her husband a divorce on the ground of five years voluntary separation and awarding alimony to her. She claims (1) that the evidence did not justify granting the divorce, and (2) that the alimony is inadequate. The record does not sustain either claim of error.

Affirmed.